**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DEBORAH O'DELL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 08-4128-JAR** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings

and recommendations filed by Magistrate Judge Gerald B. Cohn, and after a *de novo*

determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the

recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed,

and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further

proceedings  in accordance with the November 18, 2009 Recommendation and Report (Doc. 22).

**IT IS SO ORDERED**.

**Dated:  December 8, 2009**

 **S/ Julie A. Robinson_____**
**JULIE A. ROBINSON**
**UNITED STATES DISTRICT JUDGE**